# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Criminal Number:** |
| v. | ) |
| | ) **Count One: 18 U.S.C. § 208(a)** |
| **DAVID TOLSON,** | ) **(Acts Affecting a Personal Financial Interest)** |
| | ) |
| **Defendant.** | ) |
| | ) |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE
### 18 U.S.C. § 208(a)
### (Acts Affecting a Personal Financial Interest)

Between on or about September 4, 2018, and on or about December 31, 2018, in the District of Columbia, and elsewhere, the defendant,

### DAVID TOLSON

being an employee of the executive branch of the United States Government, that is, a United States Park Police Sergeant, knowingly participated personally and substantially as a United States Government employee, through decision, approval, disapproval, recommendation, the rendering of advice, or otherwise in a particular matter, that is, the sustainment, maintenance, and support of the TMS and ground node network, in which, to **TOLSON**'s knowledge, Company A, with which **TOLSON** was negotiating for and had an arrangement concerning prospective employment, had a financial interest.

All in violation of Section 208(a) of Title 18 of the United States Code.

1

                                        COREY R. AMUNDSON
                                      Chief
                                      Public Integrity Section

By:          *Jordan Dickson*
                                      JORDAN DICKSON
                                      JACOB STEINER
                                      Trial Attorneys
                                      Public Integrity Section
                                      Criminal Division
                                      1301 New York Ave. NW
                                      Washington, DC 20530
                                      (202) 597-0508